**Herman Winny SUMILAT, Petitioner,**

v.

**Michael B. MUKASEY, Respondent.**

No. 07–1784.

United States Court of Appeals,
First Circuit.

Feb. 15, 2008.

Yang Wang on brief for petitioner.

Paul Fiorino, Office of Immigration Litigation, Peter D. Keisler, Assistant Attorney General, and Richard M. Evans, Assistant Director, on brief for respondent.

Before BOUDIN, Chief Judge, WALLACE,* Senior Circuit Judge, and HOWARD, Circuit Judge.

PER CURIAM.

In his petition to this court to review the decision of the Board of Immigration Appeals, Sumilat raises only one issue within our jurisdiction: whether there was substantial evidence to support the Board's finding that Sumilat failed to demonstrate he was eligible for withholding of removal. Substantial evidence supports the Board's decision, and the record does not compel a contrary conclusion. *See Wang v. Mukasey,* 508 F.3d 80, 83 (1st Cir.2007). Although Sumilat also disputes the rejection of his asylum claim, the Board's finding that no changed circumstances existed to justify the untimely petition is a factual one over which we lack jurisdiction. 8 U.S.C. § 1158(a)(3); *Silva v. Gonzales,* 463 F.3d 68, 71–72 (1st Cir.2006). For the

* Of the Ninth Circuit, sitting by designation.

reasons stated by the Board, the petition for review is *denied.*

It is so ordered.